JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREA MICHELLE MCKIVER,<br>　　　　　Plaintiff,<br>vs.<br>CVS PHARMACY, INC.; DOE EMPLOYEE; DOES 1 TO 50,<br>　　　　　Defendant | **Case No.  2:23-cv-08863-SPG-MRW**<br>**[Removal from Superior Court of California, Los Angeles, Case No.: 23BBCV02109]**<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed: September 13, 2023 |

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that this action is remanded back to the Superior Court of California, County of Los Angeles as the amount in controversy is less than $75,000.  Each party shall bear their own costs and fees on remand.  It is further ordered that all matters currently scheduled in this federal action are taken off calendar.

**IT IS SO ORDERED.**

Dated: __November 20__, 2023

Hon. Sherilyn Peace Garnett